**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TETRICE BRIANNA MATHEWS,,

                       Plaintiff,                    22 **CIVIL** 4756 (VR)

       -against-                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion & Order dated September 27, 2023, Plaintiff's motion (ECF No. 17) is DENIED, and the Commissioner's motion (ECF No. 19) is GRANTED. Judgment is entered in favor of the Commissioner.

**Dated:**  New York, New York
         September 27, 2023

                                         **RUBY J. KRAJICK**
                                          Clerk of Court

                     **BY:**
                                          _____
                                              **Deputy Clerk**